# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 14, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163046

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

                             SC: 163046
                             COA: 356666
OCTAYVIUS SANCHEZ-LEWIS,          Isabella CC: 20-000239-FC
           Defendant-Appellant.
_____/

      On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

July 14, 2021



Clerk